IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BARBARA L. JONES, | ) | Case No. 4:08CV00034 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered affirming the Commissioner's final decision and dismissing this case from the docket of the court. The *Report* was filed on July 28, 2009, from which the parties had ten (10) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's final judgment is **AFFIRMED**, and the Clerk is directed to **DISMISS** this case from the docket.

The Clerk is directed to send a copy of this Order to counsel as well as to Magistrate Judge Crigler.

ENTERED this 18th day of August, 2009.

                                                      s/Jackson L. Kiser
                                                      Senior United States District Judge